UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                            **Case No. 3:24cr76-TKW**

**LEKEYA SHAUNIQUE PARKS,**

    **Defendant.**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **LEKEYA SHAUNIQUE PARKS,** to Counts One and Two of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 21st day of March, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**